Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 4439 | **DATE** | 9/19/2001 |
| **CASE TITLE** | Better Benefits, Inc. et al. Vs. Protective Life Ins Co. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant moves to dismiss and plaintiffs move to consolidate. The motion to dismiss is denied and the motion to consolidate case no. 01 C 5413 with 01 C 4439 for all purposes is granted. Status hearing set for October 18, 2001 at 9:45am.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | SEP 2 1 2001 | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | 19 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| WAH | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

FILED FOR DOCKETING
01 SEP 20 AM 8:58

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BETTER BENEFITS, INC. and LEAFRE REINSURANCE COMPANY, ) ) ) | No. 01 C 4439 |
| Plaintiffs, ) ) | Hon. James B. Moran |
| v. ) ) | |
| PROTECTIVE LIFE INSURANCE COMPANY ) ) ) | |
| Defendant. ) | |

## MEMORANDUM ORDER & OPINION

Defendant moves to dismiss and plaintiffs move to consolidate. The motion to dismiss is denied and the motion to consolidate is granted.

A considerable amount of effort has gone into a matter which now appears to have little or no relevance to the resolution of the parties' disputes. Defendant filed an action in the Northern District of Alabama. Plaintiffs then filed this action. Thereafter, the Alabama action was transferred here and, because it raised the same issues as those in this action, it was reassigned to this court as a related case. That transferred case is No 01 C 5413.

Therefore, both cases are pending before this court. We can determine who has the burden of proof and who should go forward on what issues at a later time. Ultimately, those

matters will be memorialized in a final pretrial order if the dispute is not earlier resolved, and it will be of no moment whether the dispute is under the earlier case number, the later case number, or both.

*James B. Moran*
James B. Moran
Senior Judge, U.S. District Court

September 19, 2001